FREDERICK RICHARDS *et al.*

*v.*

MAHLON C. DONAGHO, Supervisor, etc.

CONSTITUTION OF 1870—*when separate articles of, took effect—municipal subscriptions.* The separate articles of the constitution of 1870, which were submitted to a vote separately from the main instrument, and adopted,

became a part of the organic law from and after the second day of July, 1870. Therefore, no corporate subscription could be made in aid of a railway corporation in pursuance of a vote had after that date, although an election had been called prior to such date, for such purpose.

APPEAL from the County Court of La Salle county; the Hon. CHARLES H. GILMAN, Judge, presiding.

This was a bill in chancery, filed September 21, 1871, by the appellants, tax-payers and residents of the township of Bruce, in La Salle county, to restrain the appellee from making a subscription of $15,000 to the capital stock of the Fairbury, Pontiac and Northwestern Railroad Company, and from executing and delivering to the company the bonds of the township.

It appeared that an election was called July 12, 1870, and held August 2, 1870, which resulted in favor of the proposed subscription.

Messrs. MAYO & WIDMER, for the appellants.

Messrs. DICKEY, BOYLE & RICHOLSON, for the appellee.

Mr. JUSTICE THORNTON delivered the opinion of the Court:

The only question presented by this record was, after mature deliberation, settled by the opinion in *Schall et al.* v. *Bowman,* 62 Ill. 321.

Notwithstanding the able and plausible argument made in this case, the majority of the court adhere to the opinion in the case referred to above.

The decree is therefore reversed and the cause remanded.

*Decree reversed.*